AMERICAN ANILINE PRODUCTS, INC. *v.* UNITED STATES

No. 4362.—Invoices dated London, England, September 18, 1933, etc. Certified September 20, 1933, etc.

Entered at New York October 4, 1933, etc.
Entry No. 737966, etc.

Second Division, Appellate Term

(Decided June 29, 1938)

*John R. Rafter (Harry M. Farrell* of counsel) for the appellant.
*Webster J. Oliver,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the appellee.

Before TILSON, KINCHELOE, and DALLINGER, Judges; DALLINGER, J., not participating

TILSON, Judge: This application for review covering the reappraisements listed in schedule A, hereto attached and made a part hereof, having been formally abandoned, is hereby dismissed. Judgment will be rendered accordingly.